Trevor K. SALLER, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 101844

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

FILED: May 12, 2015

Trevor K. Saller, Pro Se, # 1185401, S.C.C.C., 255 S. Highway 32, Licking, MO 65542, for appellant.

Chris Koster, Attorney General, Adam Stephen Rowley, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

## ORDER

PER CURIAM

Trevor K. Sailer (Movant) appeals from the motion court's Findings of Fact, Conclusions of Law, and Judgment (judgment) on Movant's Motion to Vacate, Set Aside, or Correct the Judgment and Sentence denying Movant's Rule 24.035 claims for post-conviction relief (PCR Motion) following an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum

opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).